

**SO ORDERED.**
**SIGNED this 20th day of September, 2013**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | CECIL EDWARD CHAMBERS | #12-51274 |
| | JUDY KAY CHAMBERS | CHAPTER 13 |

## AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee issued a Motion to Dismiss for failure to amend the budget and maintain car insurance per the confirmed plan.

The Debtor(s) shall increase plan payments to $519.00 bi-weekly to be paid by wage assignment from the husband's wages at Sullivan County, (already in effect). The Trustee shall tender an appropriate amended wage order. The base will increase by $3,400.00 as follows: $34.00 bi-weekly increase for 100 payments. The current base amount is $61,829.00. Due to the plan payment increasing, the base amount will increase to $65,229.00. Accordingly, this order is dispositive of the Trustee's Motion to Dismiss.

### # #

APPROVED FOR ENTRY:

GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995

DAVID DARNELL, #018614
Attorney at Law
P.O. Box 3708
Kingsport, TN. 37664
865-246-1988